UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARKETFARE ANNUNCIATION, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO: 06-7232<br>REF. ALL CASES |
| UNITED FIRE & CASUALTY COMPANY, ET AL. | SECTION: "J" (4) |

**ORDER**

Before the Court is the Schwegmann Intervenors' **Motion for Attorneys' Fees (Rec. D. 678),**

The Schwegmann intervenors move the Court to release funds from the registry of the court in order to pay outstanding attorneys' fees. The movers seek a disbursement of $68,773.22 which is the remainder of the actually incurred fees previously requested by movers and denied by this Court. (Rec. D. 676) In this motion, the movers seek to withdraw this money from the remaining interest held by the movers and the movers only.

The only opposition to the release of the funds is from the Estate Heirs who ask the Court to delay its decision regarding this disbursement until the completion of a related trial in state court.[1] However, the Estate Heirs do not question the

---

[1] The Court notes that the opposition filed by the Estate Heirs has not been accepted into the record since the filing

reasonableness of the requested fees.

Of the roughly $3,681,972 remaining in the registry of the Court, $2,557,978 reflects a judgment awarded jointly to plaintiff, Marketfare, the Schwegmann Intervenors and the Estate Heirs. The remaining $1,123,994 reflects a judgment awarded jointly to the Schwegmann Intervenors and the Estate Heirs. On October 30th, 2010 the Court awarded the Chopin Law firm attorneys' fees and expenses in the amount of $347,505.63 from that fund (Rec. D. 676). Without adding any accrued interest, the remaining portion of that portion of the judgment is $776,489.00. This judgment is held jointly by the Schwegmann Intervenors and the Estate Heirs. According to pleadings, the interest in that judgement held by the Schwegmann intervenors represents 33% of the $776,489.00 which is roughly equal to $256,241.37. This amount exceeds the attorneys' fees requested by the intervenors. Therefore, the Court finds that the Schwegmann intervenors are able to pay from their portion of the judgement without interfering with the rights of any other party.

Under Louisiana law, attorneys are entitled to recover reasonable attorneys' fees from a judgment secured by their work before any other claimants to the judgement are awarded money.

---

attorney has not yet enrolled in the case. (Rec. D. 680 & 681)The Court urges counsel to correct this error as soon as possible.

La. R.S. 37:218. Since no party has questioned the reasonableness of the requested fees, the Court finds that the Chopin Law firm is entitled to recover the requested attorneys' fees. Accordingly,

**IT IS ORDERED** that the **Revised Motion for Approval of and Withdrawal of Attorneys' Fees** is hereby **GRANTED.** The Clerk of Court is authorized to draw a check in the amount of **$68,773.22** made payable to Chopin, Wagar, Richard & Kutcher, LLP, Tax Identification Number 72-1313064, 3850 N. Causeway Blvd., Suite 900, Metairie, Louisiana, 70002.

**IT IS FURTHER ORDERED** that all remaining rights to withdrawal and/or apportionment of any remaining funds in the registry of the Court shall be reserved until further orders of the Court.

**IT IS FURTHER ORDERED** that any interest accrued on the amount of the attorneys' fees being paid hereunder, along with any other funds on deposit in this matter shall remain in the registry of the Court until further orders of this Court.

**IT IS FURTHER ORDERED** that any fee for the administration of the foregoing funds that are to be disbursed to Chopin, Wagar, Richard & Kutcher, LLP pursuant to this Order will be satisfied out of the interest that has accrued on the principal sum on deposit in the registry of the Court.

**IT IS FURTHER ORDERED** that the Clerk shall notify Jason P. Foote of the Chopin law firm , 504-830-3827, as soon as the foregoing check is issued, and Jason P. Foote will personally receive said check from the Clerk.

New Orleans, Louisiana this the 22nd day of March 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE